UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT **Knoxville**



**FILED**
MAY 11 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

**Matthew Shane Wilbur** )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

**3:20cv202
Reeves/Poplin**

v. )

**Knox Co medical staff** )
_____ )
_____ )
(Enter above the NAME of each
defendant in this action.) )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: _____
        _____

        Defendants: _____
        _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Knox Co Detention Facility

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? I have talked to C.O.'s and supervisors then filled 2 grievances

2. What was the result? They have put me on different medications and not much more than that

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? I have put in several sick calls to try to find out what has happened

2

2. What was the result? nothing really has been done except thay have taken mutiple blood test

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Matthew Shane Wilbur

Present address: 5001 Maloneyville Rd Knoxville TN 37918

Permanent home address: 542 Lee Shirley Rd Maryville TN 37801

Address of nearest relative: 518 Oakgrove Rd Madisonville TN 37354

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Knox Co Jail medical staff

Official position: Nurses and Doctors

Place of employment: Knox Co Jail and RDWDY

C. Additional defendants: nurse Leslie, P.A Holt, nurse Dacus

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

I have put in several sick calls to find out whats been going on with my stomach. Nurse

3

nurses and P.A's at Knox city jail have not really done much of any thing to try to figure out what has been going on. Every time I have put in sick call after sick call, they only take my blood every time and never tell me what the test results are. They don't seem to be concerned with what has been going on with me. Nurse Leslie told me it was from my Hep C even tho my liver is on the opposite side of my body, and he also suggested that it could be acid reflux which neither of them causes bruising. Since then I have had to put in more sick calls and all they have done is taken more blood from me without telling me what is going on. After my last sick call they moved me from KCJ to the detention facility so medical can try to figure what is going on with me and all the other issues I have had since all this has happened.

## V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

1) All my medical bills to be paid for any sick calls and medication to current medical condition
2) $ 600,000 in monetary compensation.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 7th day of May, 2020.

_Matthew Wilbur_
Signature of plaintiff(s)



Matthew Wilbur
1401283  1C117
5001 Maloneyville Rd
Knoxville, TN 37918

Eastern District of Tennessee
Office of
Clerk, United States District Court
800 Market St. Suite 130
Knoxville, TN 37902

37902-230090

RECEIVED
MAY 11 2020
Clerk, U.S. District Court
Eastern District of Tennessee
Court At Knoxville

Legal Mail